IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| URBAN ANESTHESIOLOGY, P.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FIREMAN'S FUND INSURANCE ) | |
| COMPANY, ) | No. 3:17-cv-0234-HRH |
| ) | |
| Defendant. ) | |
| _____) | |

O R D E R

Case Dismissed

The parties' *Stipulation for Dismissal without Prejudice*,[1] filed November 15, 2017, is approved. The above case is dismissed, without prejudice, as to all claims brought, or that could have been brought, in the above captioned case, the parties to bear their respective costs and attorney fees.

DATED at Anchorage, Alaska, this 21st day of November, 2017.

/s/ H. Russel Holland
United States District Judge

---

[1]Docket No. 9.